Mabel Vogel, appellee, v. Viola Sebring et al. Union Bank of Chicago, appellant. Gen. No. 7,233.

Suit for partition of lots. Decree of sale rendered. Defendant bank having authorized bid, and refusing to stand by it, second sale ordered, and order entered directing defendant to pay difference between its bid and amount realized at second sale. Appeal from the Circuit Court of Iroquois county; the Hon. Frank L. Hooper, Judge, presiding. Heard in this court at the April term, 1923. Reversed and remanded. Opinion filed February 16, 1924.

Wendell P. Kay and McCormick, Kirkland, Patterson & Fleming, for appellant; Jay Stough, of counsel. W. E. Lewis, for appellee.

Mr. Justice Jones delivered the opinion of the court.

---

Abe L. Morris, appellant, v. Lewis S. Kuhn and Waldo A. Kuhn, partners, trading as Kedron Valley Products Company, appellees. Gen. No. 7,281.

Suit for damages for personal injuries sustained in automobile collision. Appeal from the Circuit Court of Henry county; the Hon. Charles J. Searle, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed March 12, 1924. Rehearing denied April 2, 1924.

T. J. Sullivan, Carl A. Melin and Sherman, Bainum & Pree, for appellant. Henry Waterman, Miller, Elliott & Westervelt and Morrissey, Sullivan & Rust, for appellees.

Mr. Presiding Justice Partlow delivered the opinion of the court.

---

Oneida State Bank, appellee, v. C. A. Peterson et al., appellants. Gen. No. 7,290.

Action on mortgage. Judgment for defendants. Appeal from the Circuit Court of Knox county; the Hon. Willis F. Graham, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed March 12, 1924. *Certiorari* denied by Supreme Court (making opinion final).

E. P. Field, Marsh, Rice & Thompson and Williams, Lawrence, Green & Gale, for appellants. Fletcher Carney, James W. Carney and Sig B. Nelson, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

Vulcan Detinning Company, appellee, v. J. N. St. Clair, appellant. Gen. No. 7,275.

Petition alleging violation of strike injunction. Order granted committing defendant for contempt. Appeal from the Circuit Court of La Salle county; the Hon. Edgar Eldredge, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed April 10, 1924.

James J. Conway, for appellant. Boys, Osborn & Griggs and Arthur H. Shay, for appellee.

Mr. Justice Jett delivered the opinion of the court.